NUMBER 13-09-00545-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

ERIC PAUL JARAMILLO, Appellant,


v.



THE STATE OF TEXAS, Appellee. 

_____________________________________________________________


On appeal from the County Court at Law No. 3


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellant, Eric Paul Jaramillo, attempted to appeal an order issued by the trial court 
denying his pre-trial motion to suppress breath test results, field sobriety test and
videotape. On October 27, 2009, the Clerk of this Court notified appellant that it appeared
that the order from which the appeal was taken was not an appealable order, and
requested correction of this defect within ten days or the appeal would be dismissed. 
Appellant has failed to respond to the Court's directive. 

 The clerk's record in this case does not contain a written order denying the
appellant's motion to suppress breath test results, field sobriety test and videotape. Had
an order been in existence, such order would not constitute a final judgment, nor an
interlocutory order made appealable by statute. A defendant's appeal from the denial of
a motion to suppress is not an exception to the general rule that interlocutory orders are
not appealable. See Tex. Code Crim. Proc. Ann. art 44.02 (Vernon 1979). 

 The Court, having examined and fully considered the documents on file, is of the
opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the
appeal is hereby DISMISSED FOR WANT OF JURISDICTION. See Tex. R. App. P.
42.3(a), (c). 

 PER CURIAM


Do not publish. Tex. R. App. P. 47.2(b).


Delivered and filed the 21st 

day of December, 2009.